**Fill in this information to identify the case:**

Debtor 1     Luis A. Santos

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern     District of Pennsylvania
                                                                                       (State)

Case number     15-11364-jkf

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

| | | |
|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, as Trustee for the Bungalow Series F Trust | **Court claim no.** (if known): 7-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 5 0 7 2 | |
| **Property address:** | 6649 Cottage Street<br>Number     Street<br><br>Philadelphia, PA 19135<br>City                 State     ZIP Code | |

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     04 / 01 / 2020
                                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.    Total postpetition ongoing payments due:                                                   (a)   $ _____

    b.    Total fees, charges, expenses, escrow, and costs outstanding:                       + (b)   $ _____

    c.    **Total**. Add lines a and b.                                                                                 (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / _____
                                                      MM / DD / YYYY

| Debtor 1 | Luis A. Santos | Case number (*if known*) 15-11364-jkf |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Jillian Nolan Snider
Signature

Date 04 / 07 / 2020

Print    Jillian Nolan Snider
First Name    Middle Name    Last Name

Title    Attorney

Company    Tucker Arensberg, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1500 One PPG Place
Number    Street

Pittsburgh, PA 15222
City    State    ZIP Code

Contact phone (412) 566 – 1212

Email    jsnider@tuckerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re: : | |
| : | Case No. 15-11364-jkf |
| Luis A. Santos, : | |
| : | Chapter 13 |
| Debtor : | |
| : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on 8th day of April, 2020, she served a true and correct copy of the within Response to the Notice of Final Cure Payment upon each of the following persons and parties, upon the following:

via First Class Mail,

Luis A. Santos
6649 Cottage Street
Philadelphia, PA 19135

and, via e-mail through the court's ECF Notification,

David H. Lipow, Esq                 dlipow@obbblaw.com
Office of the United States Trustee  ustpregion03.ph.ecf@usdoj.gov
Scott F. Waterman, Esq.              ECFMail@ReadingCH13.com

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider